ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Deloitte Consulting LLP, Deloitte & | ) ASBCA No. 63395 |
|   Touche LLP, and Deloitte Financial | ) |
|   Advisory Services LLP | ) |
| | ) |
| Under Contract Nos. N00039-15-C-0057 | ) |
|              FA2550-17-C-8006 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas A. Lemmer, Esq.
                                        Phillip R. Seckman, Esq.
                                        Jessica R. Chao, Esq.
                                         Dentons US LLP
                                         Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                          DCMA Chief Trial Attorney
                                         Peter M. Casey, Esq.
                                         Evan Georgopoulos, Esq.
                                         Trial Attorneys
                                         Defense Contract Management Agency
                                       Hanscom Air Force Base, MA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 22, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63395, Appeal of Deloitte Consulting LLP, Deloitte & Touche LLP, and Deloitte Financial Advisory Services LLP, rendered in conformance with the Board's Charter.

Dated:  August 22, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals